UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NORTHEASTERN DIVISION

| | |
|---|---|
| LINDA GAIL POSTON, as ADMINISTRATRIX OF THE ESTATE OF MARK RAY POSTON, and LINDA GAIL POSTON, in her individual capacity,<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN GENERAL LIFE INSURANCE COMPANY,<br><br>Defendant. | Case No. 2:23-cv-00058 |

## AGREED ORDER OF DISMISSAL

With all parties being in agreement, as evidenced by signatures of counsel affixed below, the parties to this case have settled all issues related to this matter, and this suit is hereby **DISMISSED WITH PREJUDICE** and the Clerk is shall close this case.

Each party shall bear their own costs and fees.

**IT IS SO ORDERED.**

_____
WAVERLY D. CRENSHAW, JR.
United States District Judge

APPROVED FOR ENTRY:


/s/ Seth B. Pinson_____
SETH B. PINSON
*Attorney for Plaintiff*
204 North Washington Avenue
Cookeville, Tennessee 38501
(931-372-7515)
B. P. R. No.031266
sethp@cookeville-attorneys.com



/s/ Joshua D. Jones_____
Joshua D. Jones, BPR No. 033159
David P. Donahue
*Attorneys for Defendant*
2001 Park Place, Suite 1500
Birmingham, AL 35203
Telephone:(205)719-0400
ddonahue@bressler.com
jdjones@bressler.com